IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SHARON BUST, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | 5:04CV129 (DF) |
| | : | |
| JEANIE LANCASTER, et al., | : | |
| | : | |
| Defendants. | : | |

## O R D E R

      Defendants moved the Court to dismiss this action after Plaintiff failed to update the Court as to her new address (tab 18).  Plaintiff's failure was especially grievous because her inaction prevented the litigation from moving forward, as she did not respond to any Order of the Court nor any filing made by Defendants.  Plaintiff inquired with the Clerk of Court, via telephone on March 17, 2005, as to the status of her case.  At this time, Plaintiff was made aware of the Report and Recommendation on Defendants' Motion to Dismiss, and was instructed to update her address, which she subsequently did.  This Court delayed ruling on the Report and Recommendation, giving Plaintiff additional time, until April 12, 2005, to respond to the report and to object to the recommendation of dismissal (tab 23).

      As of April 19, 2005, Plaintiff has not responded nor objected to the Report and Recommendation.  In addition to this failure to respond to a specific directive of the Court, the Court has observed a total lack of effort by Plaintiff to prosecute her case.  She filled her complaint in April 2004 and did nothing until March 2005 when she called the Clerk.

Even after being extended an additional opportunity, Plaintiff has again failed to comply with specific instructions of the Court.

Consequently, Defendants Motion to Dismiss is **GRANTED**.

SO ORDERED, this 19th day of April, 2005.

   s/ Duross Fitzpatrick _

DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/has